UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROCHESTER-GENESEE REGIONAL
TRANSPORTATION AUTHORITY,

                            Plaintiff,

                                                                     <u>DECISION AND ORDER</u>

                                                                       07-CV-6378L

                          v.

BRIGID HYNES-CHERIN, as Regional
Administrator for Region II of the Federal Transit
Administration and the FEDERAL TRANSIT
ADMINISTRATION,

                            Defendants.
_____

      The Court will hold argument on August 27, 2007 at 2:00 p.m. on Plaintiff's Motion for a Stay of the Federal Transit Administration's ("FTA") Decision of July 30, 2007.

      The FTA must respond to the Motion to Stay by August 21, 2007. Laidlaw Transit, Inc. has moved to intervene and the FTA and plaintiff must respond to that request, if at all, by August 20, 2007.

      Because the school year commences during the first week of September 2007, the only issue before the Court is the stay.

      IT IS SO ORDERED.

                                                              _____
                                                                  DAVID G. LARIMER
                                                              United States District Judge

Dated: Rochester, New York
           August 14, 2007.