UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROCHESTER-GENESEE REGIONAL
TRANSPORTATION AUTHORITY,

                 Plaintiff,

                                              DECISION AND ORDER

                                               07-CV-6378L

          v.

BRIGID HYNES-CHERIN, as Regional
Administrator for Region II of the Federal Transit
Administration and the FEDERAL TRANSIT
ADMINISTRATION,

                 Defendants.
_____

       The motions to intervene filed by Laidlaw Transit, Inc. d/b/a Laidlaw Education Services ((Dkt. #3) and by United Food and Commercial Workers District Local One (Dkt. #12) (collectively "intervenors") are granted. Intervenors are permitted to intervene in this action pursuant to Fed. R. Civ. P. 24(b). Because the interests of intervenors are virtually the same, intervenors must share time at argument on the pending motions.

       Intervenors shall file their responses to plaintiff's motion to stay (Dkt. #6) no later than 12:00 noon on August 23, 2007. Absent a stipulation by all the parties extending intervenors' time to

answer, intervenors shall answer or otherwise move with respect to the complaint within twenty (20) days after the date of entry of this Order.

    IT IS SO ORDERED.

                                    _____
                                      DAVID G. LARIMER
                                      United States District Judge

Dated: Rochester, New York
       August 22, 2007.