UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROCHESTER-GENESEE REGIONAL
TRANSPORTATION AUTHORITY,

                              Plaintiff,

                                                                                             <u>DECISION AND ORDER</u>

                                                                                             07-CV-6378L

                              v.

BRIGID HYNES-CHERIN, as
Regional Administrator for Region II of
the Federal Transit Administration,

                              Defendant,

UNITED FOOD AND COMMERCIAL WORKERS
DISTRICT LOCAL ONE,
LAIDLAW TRANSIT, INC.
doing business as
Laidlaw Education Services,

                              Intervenors.
_____

       The Court having held a telephonic status conference with the attorneys in this action on this day, it is hereby

       ORDERED, that the stay entered by this Court on August 28, 2007 (Dkt. #33), be extended as follows: absent agreement or further order of the Court, the effective date of the decision of the Federal Transit Administration dated July 30, 2007 is stayed until November 2, 2007.  This

extension is ordered without prejudice to the parties seeking a further extension or modification of the stay prior to its expiration. The Court, however, expects the parties, intervenors and the Rochester City School District to work together to achieve an acceptable plan so that students are not adversely impacted.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      September 20, 2007.