UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROCHESTER-GENESEE REGIONAL
TRANSPORTATION AUTHORITY,

                              Plaintiff,

                                                                       DECISION AND ORDER

                                                                       07-CV-6378L

              v.

BRIGID HYNES-CHERIN, as Regional
Administrator for Region II of the Federal Transit
Administration and the FEDERAL TRANSIT
ADMINISTRATION,

                              Defendants.

              v.

UNITED FOOD AND COMMERCIAL WORKERS
DISTRICT LOCAL ONE,
LAIDLAW TRANSIT, INC., doing business as First Student,
ROCHESTER CITY SCHOOL DISTRICT,

                              Intervenors.

_____

      By notice of motion (Dkt. #134) Intervenor, Laidlaw Transit moves to clarify the scheduling order. The motion is denied as unnecessary. This Court's letter/order of October 29, 2007 (Dkt. # 49) which was agreed to by the parties, is sufficiently clear. To the extent that there is any

confusion with the Court's motion scheduling order (Dkt. #129), the October 29, 2007 order (Dkt. #49) controls since it contains greater specificity and detail.

On December 7, 2007, counsel for the Rochester-Genesee Regional Transportation Authority noted its error in filing a brief exceeding the page limits to which the parties had agreed. The Court grants the relief requested in that letter.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       December 7, 2007.